**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **BROCK MCKENZIE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 2:25 CV 150** |
| ) | |
| **CITY OF MONTICELLO,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

In accordance with 28 U.S.C. § 636, Magistrate Judge Abizer Zanzi recommended that the court dismiss this matter for failure to comply with court orders, failure to respond to discovery, and failure to prosecute. (DE # 34.) No objections were filed. Accordingly, the court now **ADOPTS** Magistrate Judge Zanzi's report and recommendation (DE # 34), **GRANTS** the defendants' joint motion to dismiss (DE # 33), and **DISMISSES** this case **with prejudice.**

**SO ORDERED.**

Date: May 1, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT